## Boyle's Estate.

*Practice, Orphans' Court—Findings by auditing judge—Review.*
  A finding by an auditing judge based on sufficient evidence, that
an assignment of a legacy was in fact fraudulent, will not, when
confirmed by the Orphans' Court in banc, be reviewed by the ap-
pellate court, where there is no clear error.

Argued Oct. 21, 1916.   Appeal, No. 57, Oct. T., 1915,
by Frank Martin, Assignee, from decree of O. C. Phila-
delphia Co., July T., 1913, No. 355, dismissing exceptions
to adjudication in Estate of Margaret Boyle, deceased.
Before RICE, P. J., ORLADY, HEAD, PORTER, HENDERSON,
KEPHART and TREXLER, JJ.   Affirmed.

Exceptions to adjudication.

*Errors assigned* were in dismissing exceptions to ad-
judication.

*Wm. B. S. Ferguson,* with him *John Gilroy,* for appel-
lant.

*Henry J. Scott,* for appellee.

OPINION BY TREXLER, J., April 17, 1916:
  The findings of an auditing judge, confirmed by the
Orphans' Court in banc, in the absence of clear error are
conclusive: Strauss's Est., 168 Pa. 561; Coulston's Est.,
161 Pa. 151; Moritz's Est., 239 Pa. 375; Mayhew's Est.,
155 Pa. 94.   The auditing judge, in the case we are con-
sidering, found that the assignments by virtue of which
the appellant claimed the legacies of Margaret Jeandell
and Hugh Boyle in the estate of Margaret Boyle, were
fraudulent as to the Kensington Credit Company to
whom the legatees were indebted prior to the making of
the assignments.

There was sufficient testimony to warrant the conclusion reached by the auditing judge.

The decree of the Orphans' Court is affirmed.